UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LARRY D. CUSACK,

                        Plaintiff,

                                                        <u>DECISION AND ORDER</u>

                                                        09-CV-6139L

                        v.

DELPHI CORPORATION, et al.,

                        Defendants.
_____

On October 6, 2009, plaintiff filed a motion (Dkt. #23) seeking a stay and other forms of relief. The motion for a stay is in all respects denied.

By order entered August 13, 2009, (Dkt. #15), I advised plaintiff that I would not decide the pending motion to dismiss on or before October 1, 2009, because plaintiff represented that he intended to attempt to resolve matters with the defendants. Plaintiff now needs to address the motion.

If plaintiff wishes to file any further response to defendants' motion to dismiss (Dkt. #6), he must do so on or before November 13, 2009.

    IT IS SO ORDERED.

                                                _____
                                                DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
        October 21, 2009.