UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LARRY D. CUSACK,

                              Plaintiff,

                                                     DECISION AND ORDER

                                                     09-CV-6139L

      v.

DELPHI CORPORATION,

                              Defendant.
_____

Plaintiff filed a motion to proceed *in forma pauperis* on appeal (Dkt. #36). That motion is granted in all respects.

IT IS SO ORDERED.

                                          _____
                                             DAVID G. LARIMER
                                           United States District Judge

Dated: Rochester, New York
        March 25, 2010.